UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYLL LUCAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROWLEY,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-01687-GMN-NJK<br><br>**ORDER** |

On October 17, 2023, *pro se* plaintiff Daryll Lucas, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983.  Docket No. 1-1. Plaintiff has neither paid the $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*.  *See* Docket No. 1.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a).  The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b).  "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1.  For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2.  *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments.  *See* 28 U.S.C. § 1915(b).

Accordingly, for the reasons stated above,

**IT IS ORDERED** that, no later than January 19, 2024, Plaintiff must either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff Daryll Lucas the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint, Docket No 1-1, but not file it at this time.

IT IS SO ORDERED.

DATED: November 15, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE