1  AARON D. FORD
   Attorney General
2  RUDOLF M. D'SILVA (Bar No. 16227)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  Tel: (702) 486-3375
   Fax: (702) 486-3768
6  Email: rdsilva@ag.nv.gov

7  *Attorneys for Interested Party
   Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARYLL LUCAS, | Case No. 2:23-cv-01687-GMN-NJK |
| Plaintiff, | |
| v. | |
| ROWLEY, *ET AL.*, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

Plaintiff, Lucas Daryll, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

1  DATED this 11th day of October, 2024.  DATED this 11th day of October, 2024.
   AARON D. FORD
2                                          Attorney General

3  By: /s/ Daryll Lucas                   By: /s/ Rudolf M. D'Silva
   Daryll Lucas (NDOC # 1249815)           Rudolf M. D'Silva (Bar No. 16227)
4  Plaintiff, Pro Se                       Deputy Attorney General
                                           *Attorneys for Defendants*

6  **IT IS SO ORDERED.**

7  Dated this 31 day of October, 2024.

   _____
   Gloria M. Navarro, District Judge
   UNITED STATES DISTRICT COURT